## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David G. Velde,                                                   Civil No. 06-2296 (RHK/RLE)

            Plaintiff,                                  **ORDER**

vs.

Robert Useldinger, Jr.,

            Defendant.

---

Based upon the Stipulation of Dismissal (Doc. No. 8), **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 14, 2006

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge